DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLO DAMASCENO,**
Appellant,

v.

**NISSIM HASAN,**
Appellee.

No. 4D19-1635

[May 21, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. DVCE-16-006123 (63).

E.J. Generotti of Frank, Weinberg & Black, P.L., Plantation, for appellant.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***